**Electronically Filed
Supreme Court
SCWC-20-0000399
01-OCT-2021
02:23 PM
Dkt. 13 ODAC**

SCWC-20-0000399

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

CLIFFORD L. ROSA,
Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-20-0000399; 1CPC-19-0001438)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, J., and
Circuit Judge Watanabe, in place of Eddins, J., recused, with
Wilson, J., dissenting, with whom McKenna, J. joins)

Petitioner/Defendant-Appellant Clifford L. Rosa's

application for writ of certiorari filed on August 6, 2021, is

hereby rejected.

DATED: Honolulu, Hawai'i, October 1, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Kathleen N.A. Watanabe

